# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 79

Matthew Thomas Roy Hanson,                                    Plaintiff and Appellee

v.

Kristin Dawn Hettervig,                                    Defendant and Appellant

and

State of North Dakota,                          Statutory Real Party in Interest

## No. 20220261

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Daniel E. Gast, Judge.

AFFIRMED.

Per Curiam.

Scott P. Brand, Fargo, ND, for plaintiff and appellee; submitted on brief.

Kristin D. Hettervig, self-represented, Fargo, ND, defendant and appellant; submitted on brief.

# Hanson v. Hettervig
## No. 20220261

**Per Curiam.**

[¶1]   Kristin Hettervig appeals from an order of contempt awarding Matthew Hanson compensatory parenting time and ordering Hettervig to pay reasonable attorney's fees. On appeal, Hettervig argues the district court abused its discretion and exceeded its authority in exercising subject matter jurisdiction, abused its discretion by holding her in contempt, and abused its discretion in awarding attorney's fees. This Court temporarily remanded for the limited purpose of entry of an order including the amount of attorney's fees awarded. After the court on remand entered an amended order of contempt and award of attorney's fees, we allowed the parties additional time to file supplemental briefs on appeal. No additional briefs were received. The district court had subject matter jurisdiction under N.D.C.C. § 27-10-01.2. The order and amended order are summarily affirmed under N.D.R.App.P. 35.1(a)(4) and (7); *see PHI Fin. Servs. v. Johnston L. Off., P.C.*, 2016 ND 114, ¶ 24, 881 N.W.2d 216 (quoting *Hodous v. Hodous*, 36 N.W.2d 554, 559 (N.D. 1949)) (stating "it is the duty of the party to whom the order is directed to obey it as long as it remains in force and until it has been set aside either by the court that made it or upon appeal").

[¶2] Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr